UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 23, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CODY J. GEIGER, ) <br> ) <br> Defendant. ) | Case No. 2:17-mj-00151-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, CODY J. GEIGER, Case No. 2:17-mj-00151-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__ Release on Personal Recognizance

  ___ Bail Posted in the Sum of: $

  ___ Co-signed Unsecured Appearance Bond

  ___ Secured Appearance Bond

  __X__ (Other) <u>Conditions as stated on the record.</u>

  ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>1/23/2018</u> at <u>2:25 p.m.</u>

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge